IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| AVINESH KUMAR, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) Civil Action Nos. 2:10-171, |
| | ) 2:13-618, 2:13-619, 2:13-620, |
| v. | ) 2:13-621, 2:13-622, 2:13-623, |
| | ) 2:13-624, 2:13-625, 2:13-626, |
| REPUBLIC OF SUDAN, | ) 2:13-627, 2:13-628, 2:13-629, |
| | ) 2:13-630, 2:13-631, 2:13-632, |
| *Defendant*. | ) 2:13-633, 2:13-634. |

**JOINT NOTICE OF SETTLEMENT AND
STIPULATION TO STAY PROCEEDINGS**

All of the Plaintiffs in the above-captioned actions ("Plaintiffs") and Defendant the Republic of the Sudan ("Sudan"), constituting all parties to these actions, by and through their respective undersigned counsel, hereby jointly notify the Court that they have executed a binding settlement agreement resolving all claims in these actions. The settlement agreement provides that the parties shall perform their respective obligations under the agreement (i.e., exchange of consideration for signed releases) within 30 days.

Accordingly, the parties respectfully request that this Court temporarily stay all proceedings and deadlines in these actions. The settlement agreement contemplates that the parties will dismiss these actions with prejudice, by stipulation under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, immediately upon performance of their respective obligations under the settlement agreement.

February 7, 2020

Respectfully submitted,

**WHITE & CASE** LLP

*/s/ Jaime M. Crowe*
Jaime M. Crowe (VSB No. 37186)
Christopher M. Curran (*pro hac vice*)
Nicole Erb (*pro hac vice*)
Claire A. DeLelle (*pro hac vice*)
Celia A. McLaughlin (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, D.C. 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
jcrowe@whitecase.com
ccurran@whitecase.com
nerb@whitecase.com
claire.delelle@whitecase.com
cmclaughlin@whitecase.com

*Counsel for the Republic of the Sudan*

*s:/ Kevin E. Martingayle*
Kevin E. Martingayle (VSB No. 33865)
Bischoff Martingayle, P.C.
3704 Pacific Ave., Suite 300
Virginia Beach, VA 23451
martingayle@bischoffmartingayle.com
Telephone: (757) 416-6009
Facsimile: (757) 428-6982
martingayle@bischoffmartingayle.com

Adam S. Hall (*pro hac vice*)
Matthew P. Leto (*pro hac vice*)
Roarke Maxwell (*pro hac vice*)
Hall, Lamb, Hall & Leto, P.A.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Telephone: (305) 374-5030
Facsimile: (305) 374-5033
adamhall@hlhlawfirm.com
mleto@hlhlawfirm.com
rmaxwell@hlhlawfirm.com

Nelson M. Jones, III (*pro hac vice*)
Law Firm of Nelson M. Jones, III
440 Louisiana St., Ste. 1575
Houston, Texas 77002
Telephone: (713) 236-8736
Facsimile: (713) 236-8990
njoneslawfirm@aol.com

*Counsel for Plaintiffs*

**IT IS SO ORDERED**.

Dated:_____

_____
Hon. Robert G. Doumar
United States District Judge