# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

FILED
FEB 1 1 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| AVINESH KUMAR, *et al.*, | ) |
| *Plaintiffs,* | ) Civil Action Nos. 2:10-171, <br> ) 2:13-618, 2:13-619, 2:13-620, <br> ) 2:13-621, 2:13-622, 2:13-623, |
| v. | ) 2:13-624, 2:13-625, 2:13-626, <br> ) 2:13-627, 2:13-628, 2:13-629, |
| REPUBLIC OF SUDAN, | ) 2:13-630, 2:13-631, 2:13-632, <br> ) 2:13-633, 2:13-634. |
| *Defendant.* | ) |

## JOINT NOTICE OF SETTLEMENT AND
## STIPULATION TO STAY PROCEEDINGS

All of the Plaintiffs in the above-captioned actions enumerated above ("Plaintiffs") and Defendant the Republic of the Sudan ("Sudan"), constituting all parties to these actions, by and through their respective undersigned counsel, have notified the Court that they have executed a binding settlement agreement resolving all claims in these actions. The settlement agreement provides that the parties shall perform their respective obligations under the agreement (i.e., exchange of consideration for signed releases) within 30 days.

Accordingly, the parties requested that this Court temporarily stay all proceedings and deadlines in these actions. The settlement agreement contemplates that the parties will dismiss these actions with prejudice, by stipulation under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, immediately upon performance of their respective obligations under the settlement agreement.

This matter shall be **STAYED** for **30 DAYS**, so that the parties may comply with the settlement obligations.

IT IS SO ORDERED.

Dated: Feb 11, 2020

/s/
Robert G. Doumar
Senior United States District Judge

Hon. Robert G. Doumar
United States District Judge